ROBERT T. KAWAMOTO, ESQ.
234 Van Ness Avenue
San Francisco, CA 94102
Tel: (415) 487-9790

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In re: | Chapter 13 |
|---|---|
| HAGGETT, John Albert | Case No: 12-33230 |
| | DECLARATION OF EMPLOYMENT INCOME |
| Debtor(s) | |

I, John Albert Haggett, hereby declare the following:

My total **GROSS** monthly employment income for each of the six months prior to the month of the filing of this case was as follows:

    Total Employment Income for April, 2012 was: $ 10,027.40

    Total Employment Income for May, 2012 was: $ 10,126.40

    Total Employment Income for June, 2012 was: $ 13,209.53

    Total Employment Income for July, 2012 was: $ 12,108.54

    Total Employment Income for August, 2012 was: $ 10,239.57

    Total Employment Income for September, 2012 was: $ 11,512.18

**Attached is a copy of my most recent payment advice.**

I declare this statement is true and correct under penalty of perjury. Executed this 7th day of October, 2012, in San Francisco, California.

                        /s/ John Albert Haggett
                        Debtor

# City and County of San Francisco

Statement of Earnings and Deductions

Date: 10/09/2012

Advice No. 172723

**THE TREASURER HAS DEPOSITED:**

$2,645.77

To The
Account Of

JOHN A HAGGETT
Dept: POLICE
POL-43000



Statement of Earnings
and Deductions

City and County of San Francisco

| | Statement of Earnings and Deductions City and County of San Francisco | Advice Number: | 172723 | TAX DATA: | Federal | CA State |
|---|---|---|---|---|---|---|
| | | Advice Date: | 10/09/2012 | Marital Status: | Married | Married |
| | | Pay Period Begin Date: | 09/15/2012 | Allowances: | 0 | 0 |
| | | Pay Period End Date: | 09/28/2012 | Additional Amount: | | |

| Employee ID: 036847 | Department: | 32100-POL0536 | PAID TIME OFF: | Balance |
|---|---|---|---|---|
| | Location: | 850 Bryant, Rm 570 | Vacation: | 399.64 |
| | Job Title: | Sergeant, (Police Department) | Sick Leave: | 1,025.20 |
| Name: John A Haggett | Pay Rate: | $62.6250 Hourly | Floating Holiday: | 64.00 |
| | | | Furlough Floating Holiday: | 178.00 |

## HOURS AND EARNINGS / BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS

| | --- Current --- | | | --- YTD --- | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD | Description | Current | YTD | |
| REG PAY | 62.6250 | 80.00 | 5,010.00 | 1,495.50 | 91,985.38 | KAISER | 3.25 | 33.67 | GARN-Spousal | 960.45 | 20,169.45 | |
| LEGL HOL | | | | 64.00 | 3,913.30 | DELTA | 4.62 | 97.02 | VI. POFND | 2.84 | 59.64 | |
| OTHR HOL | | | | 2.00 | 120.90 | RPTX POL N | 568.83 | 11,273.35 | VI. POAT2 | 28.53 | 599.13 | |
| OVERTIME | | | | 24.00 | 2,362.84 | | | | VI. EDU CNV | 26.56 | 557.76 | |
| VACATION | | | | 17.00 | 6,295.94 | | | | VOD POASSO | 63.72 | 1,321.74 | |
| MISPAY04 | | | | | 1,683.96 | | | | VOD PEACE | 4.62 | 97.02 | |
| LWLP/REG | | | | 71.10 | 1,482.10 | | | | CR POL | | 15,696.00 | |
| MISPAY46 | | | | 336.37 | 1,883.40 | | | | | | | |
| RETRO-PN | | | | | 3,083.13 | | | | | | | |
| **TOTAL:** | | 80.00 | 5,417.47 | 1,602.50 | 112,810.95 | **TOTAL:** | 576.70 | 11,404.04 | **TOTAL:** | 1,086.72 | 38,500.74 | |

## EMPLOYEE PAID TAXES / EMPLOYER PAID TAXES / EMPLOYER PAID BENEFITS

| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Fed Withholdng | 826.92 | 17,038.16 | | | | KAISER | 485.52 | 9,933.06 |
| CA Withholdng | 281.36 | 5,541.84 | | | | DELTA | 57.75 | 1,228.09 |
| | | | | | | RSHR POL N | 959.43 | 17,092.87 |
| **TOTAL:** | 1,108.28 | 22,580.00 | **TOTAL:** | 0.00 | 0.00 | **TOTAL:** | 1,502.70 | 28,254.02 |

| | TOTAL GROSS | TOTAL DEDUCTIONS | TOTAL TAXES | NET PAY | TOTAL PAY AND BENEFITS | YTD |
|---|---|---|---|---|---|---|
| Current | 5,417.47 | 1,663.42 | 1,108.28 | 2,645.77 | Gross Pay | 112,810.95 |
| YTD | 112,810.95 | 49,904.78 | 22,580.00 | 40,326.17 | Benefits | 28,254.02 |
| | | | | | **TOTAL:** | 141,064.97 |

### Retain for your records

MESSAGE:

To view your paystub online, go to http://www.sfgov.org/paystub and click the link to review your pay information.

### NET PAY DISTRIBUTION

| Advice Number | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #172723 | Savings | *******8348 | $872.00 |
| | Checking | *******5487 | $1,773.77 |
| **TOTAL DIRECT DEPOSIT:** | | | $2,645.77 |

Case: 12-33230    Doc# 7    Filed: 11/14/12    Entered: 11/14/12 11:07:29    Page 2 of 2