ROBERT T. KAWAMOTO, ESQ.
234 Van Ness Avenue
San Francisco, CA 94102
Tel: (415) 487-9790

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

HAGGETT, John Albert

Debtor(s)

Chapter 13

Case No: 12-33230

DECLARATION OF EMPLOYMENT INCOME

I, John Albert Haggett, hereby declare the following:

My total **GROSS** monthly employment income for each of the six months prior to the month of the filing of this case was as follows:

| | | |
|---|---|---|
| Total Employment Income for May, 2012 | was: | $ 10,126.40 |
| Total Employment Income for June, 2012 | was: | $ 13,209.53 |
| Total Employment Income for July, 2012 | was: | $ 12,108.54 |
| Total Employment Income for August, 2012 | was: | $ 10,239.57 |
| Total Employment Income for September, 2012 | was: | $ 11,512.18 |
| Total Employment Income for October, 2012 | was: | $ 12,291.00 |

**Attached is a copy of my most recent payment advice.**

I declare this statement is true and correct under penalty of perjury. Executed this 22nd day of February, 2013, in San Francisco, California.

/s/ John Albert Haggett
Debtor

# City and County of San Francisco

Statement of Earnings and Deductions

Date: 11/06/2012

Advice No. 228086

HE TREASURER HAS DEPOSITED:

$3,439.61

JOHN A HAGGETT
Dept: POLICE
POL-43000



Statement of Earnings
and Deductions

City and County of San Francisco

| | | Advice Number | 228086 | TAX DATA: | | Federal | | CA State |
|---|---|---|---|---|---|---|---|---|
| Statement of Earnings and Deductions | | Advice Date | 11/06/2012 | Marital Status | Married | | Married | |
| City and County of San Francisco | | Pay Period Begin Date: | 10/13/2012 | Allowances | | 0 | | 0 |
| | | Pay Period End Date: | 10/26/2012 | Additional Amount: | | | | |

| Employee ID: 036847 | Department: | 32100-POL0536 | PAID TIME OFF: | Balance |
|---|---|---|---|---|
| | Location: | 850 Bryant, Rm 570 | Vacation: | 400.00 |
| | Job Title: | Sergeant, (Police Department) | Sick Leave | 1,033.20 |
| Name: John A Haggett | Pay Rate: | $62.6250 Hourly | Floating Holiday: | 64.00 |
| | | | Furlough Floating Holiday | 178.00 |

## HOURS AND EARNINGS

| | ----- Current ----- | | | ----- YTD ----- | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| REG PAY | 62.6250 | 80.00 | 5,010.00 | 1,647.50 | 101,504.38 |
| LEGL HOL | | | | 72.00 | 4,414.30 |
| OTHR HOL | | | | 2.00 | 120.90 |
| OVERTIME | | | | 24.00 | 2,362.84 |
| VACATION | | | | 17.00 | 6,295.94 |
| MISPAY04 | | | | | 1,683.96 |
| LWLP/RLG | | | | | 1,837.60 |
| MISPAY46 | | | 532.10 | | 2,568.95 |
| 10BI-VENT | | 12.00 | 1,230.12 | 12.00 | 1,230.12 |
| RETRO-PN | | | | | 3,083.13 |

| TOTAL: | | 92.00 | 6,572.22 | 1,774.50 | 125,102.12 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| KAISER | 3.25 | 40.17 |
| DELTA | 4.62 | 106.26 |
| RPTX POL N | 560.92 | 12,434.76 |

| TOTAL: | 568.79 | 12,581.19 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| GARN-Spousal | 960.45 | 22,090.35 |
| VE POI ND | 2.84 | 65.32 |
| VE POAL2 | 28.53 | 656.19 |
| VE EDU CNV | 26.86 | 610.88 |
| VOD POASSO | 63.72 | 1,449.18 |
| VOD PLACE | 4.62 | 106.26 |
| CR POL | | 15,696.00 |

| TOTAL: | 1,086.72 | 40,674.18 |

## EMPLOYEE PAID TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 1,117.59 | 19,050.13 |
| CA Withholdng | 359.51 | 6,210.31 |

| TOTAL: | 1,477.10 | 25,260.44 |

## EMPLOYER PAID TAXES

| Description | Current | YTD |
|---|---|---|
| | | |

| TOTAL: | 0.00 | 0.00 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| KAISER | 485.52 | 10,904.10 |
| DELTA | 57.75 | 1,343.59 |
| RSHR POL N | 946.09 | 19,051.79 |

| TOTAL: | 1,489.36 | 31,299.48 |

| | TOTAL GROSS | TOTAL DEDUCTIONS | TOTAL TAXES | NET PAY |
|---|---|---|---|---|
| Current | 6,572.22 | 1,655.51 | 1,477.10 | 3,439.61 |
| YTD | 125,102.12 | 53,755.37 | 25,260.44 | 46,586.31 |

## TOTAL PAY AND BENEFITS

| | YTD |
|---|---|
| Gross Pay | 125,102.12 |
| Benefits | 31,299.48 |
| TOTAL: | 156,401.60 |

**Retain for your records**

MESSAGE:

| Advice Number | Advice #228086 |
|---|---|

To view your paystub online, go to ...
click the link to review your pay information.

## NET PAY DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Savings | *******8348 | $872.00 |
| Checking | *******5487 | $2,567.61 |

| TOTAL DIRECT DEPOSIT: | $3,439.61 |

Case: 12-33230    Doc# 19    Filed: 02/22/13    Entered: 02/22/13 15:04:50    Page 2 of 2